No. 1100. RABINER & JONTOW, INC., AKA ABBE RABINER, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Erwin Feldman* for petitioner. *Solicitor General Griswold* and *James McI. Henderson* for respondent.

No. 1108. MADDOX *v.* SMITH ET AL. C. A. D. C. Cir. Certiorari denied. *Luther Robinson Maddox,* petitioner, *pro se.*

No. 1122. GANDY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph P. Manners* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1125. BORCHELT ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Theodore F. Schwartz* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1127. ROCHA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William Klein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1157. PASSERO ET AL. *v.* ZONING COMMISSION OF THE TOWN OF NORWALK. Sup. Ct. Conn. Certiorari denied. *Max R. Lepofsky* for petitioners. *Vincent D. Flaherty* for respondent.